McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| JAIME PLACENSIA RODRIGUEZ, | ) | Civil No. 1:19-cv-00016-SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| | ) | **FIRST EXTENSION OF TIME FOR** |
| v. | ) | **DEFENDANT TO FILE HER** |
| | ) | **RESPONSIVE BRIEF** |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her responsive brief. Defendant respectfully requests this extension of time because of an extremely heavy workload, including ten other district court due within the next month, as well as a Ninth Circuit responsive brief to complete within the same period.

Stip. to Extend Def.'s Brief

The new due date for Defendant's responsive brief will be Monday, November 11, 2019.

Respectfully submitted,

Date: *October 11, 2019*     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena\**
JONATHAN OMAR PENA
*\* By email authorization on October 11, 2019*
Attorney for Plaintiff

Date: *October 11, 2019*     McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 17), for good cause shown, Defendant shall file his responsive brief by no later than November 11, 2019. All other deadlines in the scheduling order, (Doc. 5), are hereby modified accordingly.

IT IS SO ORDERED.

Dated:  **October 15, 2019**                    /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE